IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Clinton M. Hill, III and Frank M. Pees, Chapter 13 Trustee of the Chapter 13 Estate of Clinton M. Mill, III, : | |
| : | Civil Action 2:12-cv-00898 |
| Plaintiffs : | Judge Sargus |
| v. : | Magistrate Judge Abel |
| Bank of America, N.A., *et al.*, : | |
| Defendants | |

## ORDER

The Clerk of Court is DIRECTED to place document 26 under seal because it contains plaintiff's social security number and full birth date. Additionally, Rule 26(a)(1) disclosures are not filed with the Court, and it is STRICKEN from the docket.

s/Mark R. Abel
United States Magistrate Judge
