IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Clinton M. Hill, III, *et al.*,                  :

        Plaintiffs           :        Civil Action 2:12-cv-0898

v.                                               :        Judge Marbley

Bank of America, NA, *et al.*,           :        Magistrate Judge Abel

        Defendants        :

## ORDER

On June 21, 2013, the parties participated in a mediation with me and reached a settlement. They signed a memorandum of agreement summarizing the essential terms of that agreement. Defendant Bank of America's counsel will provide plaintiffs' counsel with a draft of the settlement agreement on Monday, June 24. Counsel will file a stipulation of dismissal within 30 days.

                                                        s/Mark R. Abel
                                                        United States Magistrate Judge